| 1. Person Reporting (last name, first, middle initial)  Lenihan, Lisa P. | 2. Court or Organization  Western District of PA | 3. Date of Report  05/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Magistrate Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

US COURTHOUSE
700 GRANT ST.
PITTSBURGH, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | UPMC HEALTH PLAN |
| 2. | BOARD MEMBER | UPMC ALTOONA |
| 3. | ADJUNCT FACULTY MEMBER | UNIVERSITY OF PITTSBURGH |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | UNIVERSITY OF PITTSBURGH - TEACHING INCOME | $1,750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY INTELLECTUAL PROPERTY LAW ASSOC. | APRIL 1-2, 2016 | NEW YORK, NY | DINNER HONORING JUDICIARY | TRAVEL, FOOD, & LODGING |
| 2. | ALLEGHENEY COUNTY BAR ASSN. | JUNE 16-18, 2016 | CHAMPION, PA | BENCH/BAR CONFERENCE | TRAVEL, FOOD, & LODGING |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 4 NORTHSHORE ASSOCIATES | F | Distribution | | | Sold | 07/29/16 | O | G | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. AMERICAN MONEY MARKET CLASS F1 (CASH) | | None | | | Closed | 02/18/16 | J | | |
| 4. OPPENHEIMER MONEY MARKET CLASS A (CASH) | A | Interest | | | Closed | 01/20/16 | K | | |
| 5. COMMONWEALTH FINANCIAL BANK DEPOSIT SWEEP (CASH) | A | Interest | J | T | | | | | |
| 6. ALLIANZGI GLOBAL WATER FUND CL A | | None | | | Sold | 05/05/16 | J | | |
| 7. ALLIANZGI HEALTH SCIENCES CL A | | None | | | Sold | 01/27/16 | K | | |
| 8. COPELAND RISK MGMT DIV GROWTH CL A | | None | | | Sold | 01/28/16 | K | B | |
| 9. FIDELITY ADVISOR CONSUMER STAPLES CL 1 | | None | | | Sold | 01/26/16 | L | | |
| 10. FRANKLIN CONVERTIBLE SECURITIES | | None | | | Sold | 02/04/16 | J | | |
| 11. MAINSTAY US EQUITY OPPORTUNITES CL A | | None | | | Sold | 01/06/16 | K | | |
| 12. PIMCO EQS LONG/SHORT CL D | | None | | | Sold | 02/16/16 | K | | |
| 13. PIMCO RAE FUNDEMENTAL PLUS FUND A | | None | | | Buy (add'l) | 01/22/16 | K | | |
| 14. | | | | | Sold | 02/10/16 | K | B | |
| 15. PIMCO RAE FUNDAMENTAL SMALL PLUS A | | None | | | Sold | 02/10/16 | K | B | |
| 16. FRANKLIN ADJUSTABLE US GOVT CL A | A | Dividend | | | Sold | 02/02/16 | K | | |
| 17. FRANKLIN FLOATING RATE DAILY ACCESS CL A | A | Dividend | | | Sold | 01/12/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. FRANKLIN US GOVT CL A | | None | | | Sold | 01/12/16 | J | | |
| 19. MAINSTAY UNCONSTRND BOND OPPORTUNITIES CL A | | None | | | Sold | 01/12/16 | K | | |
| 20. WASATCH 1ST SOURCE INCOME FUND | A | Dividend | | | Sold | 02/12/16 | K | | |
| 21. OPPENHEIMER DISCOVER MID CAP GROWTH CLASS A | | None | | | Buy | 01/20/16 | K | | |
| 22. | | | | | Sold | 02/04/16 | K | | |
| 23. MAINSTAY MONEY MARKET CLASS A | A | Dividend | | | Buy | 01/12/16 | K | | |
| 24. | | | | | Buy (add'l) | 01/16/16 | K | | |
| 25. | | | | | Sold | 02/02/16 | L | | |
| 26. PIMCO INCOME FUND CL A | A | Dividend | | | Buy | 01/12/16 | K | | |
| 27. | | | | | Sold | 01/22/16 | K | | |
| 28. ISHARES GNMA BOND ETF | A | Dividend | K | T | Buy | 02/18/16 | K | | |
| 29. ISHARES CORE S&P 500 ETF | B | Dividend | M | T | Buy | 02/17/16 | M | | |
| 30. | | | | | Sold | 02/29/16 | M | D | |
| 31. | | | | | Buy | 03/01/16 | M | | |
| 32. | | | | | Sold | 04/08/16 | M | D | |
| 33. | | | | | Buy | 11/04/16 | M | | |
| 34. ISHARES RUSSELL 2000 ETF | A | Dividend | L | T | Buy | 09/15/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 09/20/16 | K | | |
| 36. | | | | | Buy | 11/04/16 | K | | |
| 37. ISHARES CORE US AGGREGATE BOND ETF | A | Dividend | K | T | Buy | 10/18/16 | K | | |
| 38. SECTOR SPDR TR SHS BEN INT UTILITES | A | Dividend | L | T | Buy | 08/16/16 | L | | |
| 39. SELECT SECTOR SPDR TR HEALTH CARE | | None | | | Buy | 07/22/16 | K | | |
| 40. | | | | | Sold | 08/30/16 | K | | |
| 41. SELECT SECTOR SPDR TR SHS BEN INT TECHNOLOGY | A | Dividend | L | T | Buy | 02/22/16 | K | | |
| 42. | | | | | Sold (part) | 02/26/16 | K | | |
| 43. | | | | | Buy (add'l) | 03/02/16 | K | | |
| 44. | | | | | Sold (part) | 04/08/16 | K | C | |
| 45. | | | | | Buy (add'l) | 07/22/16 | K | | |
| 46. | | | | | Sold | 08/19/16 | L | B | |
| 47. | | | | | Buy | 10/18/16 | K | | |
| 48. SELECT SECTOR SPDR TR SHS BEN INT ENERGY | A | Dividend | J | T | Buy | 02/24/16 | K | | |
| 49. | | | | | Sold | 02/26/16 | K | | |
| 50. | | | | | Buy | 03/01/16 | K | | |
| 51. | | | | | Sold (part) | 04/07/16 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SELELCT SECTOR SPDR TR SHS BEN INT MATERIALS | A | Dividend | K | T | Buy | 02/18/16 | K | | |
| 53. | | | | | Sold (part) | 02/28/16 | K | B | |
| 54. | | | | | Buy (add'l) | 03/02/16 | K | | |
| 55. | | | | | Sold | 04/11/16 | L | C | |
| 56. | | | | | Buy | 10/18/16 | K | | |
| 57. | | | | | Sold | 10/28/16 | K | | |
| 58. | | | | | Buy | 11/14/16 | K | | |
| 59. SECTOR SPDR TR SHS BEN INT CONSUMER STAPLES | A | Dividend | | | Buy | 06/08/16 | K | | |
| 60. | | | | | Sold | 06/24/16 | K | | |
| 61. VANGUARD SECTOR INDEX FDS FINLS VIPERS | A | Dividend | | | Buy | 03/02/16 | K | | |
| 62. | | | | | Sold | 03/30/16 | L | B | |
| 63. | | | | | Buy | 09/15/16 | K | | |
| 64. | | | | | Sold | 10/14/16 | K | | |
| 65. VANGUARD INTERM-TERM GOVT BOND | A | Dividend | | | Buy | 05/31/16 | J | | |
| 66. | | | | | Sold | 09/15/16 | J | | |
| 67. SPDR SERIES TRUST BLMBRG BRC CNV RT | A | Dividend | J | T | Buy | 11/14/16 | J | | |
| 68. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FIDELITY FUNDS: PRIME MONEY MKT RESERVES FUND (CASH) | A | Interest | J | T | | | | | |
| 70. GULF KEYSTONE PETRO COMMON STOCK (Y) | | | | | | | | | |
| 71. ALTRIA GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 72. FIDELITY NEW ADV INSIGHTS FUND CL A | A | Dividend | J | T | | | | | |
| 73. IVY MID CAP GROWTH FUND CL C | | None | | | Sold | 05/27/16 | J | | |
| 74. PIONEER FUNDEMENTAL GROWTH FUND CL C | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 75. THORNBURG INVEST INCOME BUILDER FUND CL C | A | Distribution | J | T | | | | | |
| 76. BROKERAGE ACCOUNY #2 (H) | | | | | | | | | |
| 77. AMERIPRISE INSURED MONEY MARKET (CASH) | A | Interest | K | T | | | | | |
| 78. EATON VANCE FUNDS: ACTIVE TAX MGD GLBL FUND | B | Dividend | J | T | | | | | |
| 79. ISHARES CORE S&P SMALL CAP ETF | A | Dividend | J | T | Buy (add'l) | 09/01/16 | J | | |
| 80. VANGUARD DIV APPRECIATION FUND | A | Dividend | J | T | Sold (part) | 09/01/16 | J | B | |
| 81. FIRST EAGLE FUNDS GLOBAL FUND CL A | A | Dividend | K | T | | | | | |
| 82. IVY BALANCED CL A | A | Dividend | | | Sold | 09/01/16 | K | | |
| 83. JP MORGAN VALUE ADVANTAGE CL A | A | Dividend | K | T | Sold (part) | 09/01/16 | J | | |
| 84. MFS INTL VALUE CL A | A | Dividend | K | T | Buy (add'l) | 01/05/16 | J | | |
| 85. | | | | | Buy (add'l) | 09/01/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CALAMOS MARKET NEUTRAL FUND | A | Dividend | K | T | | | | | |
| 87. THORNBURG LTD MUNI FUND CL I | A | Interest | K | T | | | | | |
| 88. ALPS ALERIAN MLP ETF | A | Dividend | J | T | Buy (add'l) | 09/01/16 | J | | |
| 89. NUVEEN PA MUN BOND CL A | A | Dividend | J | T | Buy (add'l) | 09/01/16 | J | | |
| 90. SPDR BARCLAYS CAPITAL SHORT TERM MUNI BOND FUND | A | Dividend | J | T | Buy (add'l) | 01/05/16 | J | | |
| 91. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 92. ISHARES S&P 500 GROWTH ETF | A | Dividend | J | T | Buy | 09/01/16 | J | | |
| 93. ISHARES EDGE MSCI MIN VOLATILITY ETF | A | Dividend | J | T | Buy | 09/01/16 | J | | |
| 94. ISHARES CORE US AGGREGATE BOND ETF | A | Dividend | J | T | Buy | 09/01/16 | J | | |
| 95. ISHARES CORE S&P MID CAP ETF | A | Dividend | J | T | Buy | 09/01/16 | J | | |
| 96. NUVEEN ALL AMERICAN MUN BOND CL A | A | Dividend | J | T | Buy | 09/01/16 | J | | |
| 97. SPDR SERIES TRUST S&P DIVIDEND ETF | A | Dividend | J | T | Buy | 09/01/16 | J | | |
| 98. VANGUARD REIT INDEX ETF | A | Dividend | J | T | Buy | 09/01/16 | J | | |
| 99. MISCELLANEOUS ACCOUNTS (H) | | | | | | | | | |
| 100. PNC BANK (CASH) | A | Interest | J | T | | | | | |
| 101. VIRTUAL BANK (CASH) | B | Interest | L | T | | | | | |
| 102. RIVERSOURCE LIFE INSURANCE COMPANY (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lisa P. Lenihan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544